NEBRASKA MUTUAL INSURANCE CO., APPELLANT, V. FARMLAND INDUSTRIES, INC., ET AL., APPELLEES.

416 N.W.2d 221

Filed December 11, 1987.   No. 86-054.

Eugene L. Hillman of McCormack, Cooney, Mooney, Hillman & Pirtle, for appellant.

Ronald H. Stave of Stave, Coffey & Swenson, P.C., for appellees.

BOSLAUGH, WHITE, CAPORALE, SHANAHAN, and GRANT, JJ., and BRODKEY, J., Retired, and COLWELL, D.J., Retired.

PER CURIAM.

The appellant's brief that was filed May 6, 1986, contained no specific assignments of error as required by Neb. Rev. Stat. § 25-1919 (Reissue 1985) and Neb. Ct. R. of Prac. 9D(1)d (rev. 1986).

Having reviewed the record and finding neither compliance with those rules nor plain error, we affirm the judgment.

AFFIRMED.